Argued on review September 8, reversed October 9, 1972

STATE OF OREGON, *Respondent, v.*
JANET WELLER, *Appellant.*

501 P2d 794

*Stephen S. Walker,* Portland, argued the cause and filed a brief for appellant.

*Thomas H. Denney,* Assistant Attorney General, Salem, argued the cause for respondent.

Before O'CONNELL, Chief Justice, and DENECKE, HOLMAN*, TONGUE, HOWELL and BRYSON, Justices.

---

* Holman, J., did not participate in this decision.

DENECKE, J.

The defendant was convicted of the unlawful possession of marijuana. The Court of Appeals affirmed, *State v. Weller,* 9 Or App 431, 496 P2d 735 (1972), and we granted the petition for review.

The only issue is whether there was sufficient evidence that the defendant had possession of the marijuana.

There was evidence that the defendant lived in a bedroom on the second story of a residence. The defendant had no other relationship to the residence. Two other bedrooms, which were unoccupied, were on the second floor of the residence. There was also evidence that a man and another woman lived some place in the residence. In one of the unoccupied bedrooms on the second floor pots were found in which recently tended marijuana was growing. The defendant was convicted of the possession of this marijuana.

We said in *State v. Oare,* 249 Or 597, 599, 439 P2d 885 (1968), "Evidence of the control or the right to control is necessary to constructive possession." No such evidence is present in this case.

Reversed.